**GRECO TRAFICANTE SCHULZ & BRICK**
PETER J. SCHULZ (State Bar No. 167646)
One America Plaza
600 West Broadway, Suite 960
San Diego, CA 92101
Telephone: (619) 234-3660
Facsimile: (619) 234-0626
Email: *pjs@gtlaw.cc*

Attorneys for Plaintiff
CALABRIA COMPANY LLC

**SEDGWICK LLP**
BRIAN D. HARRISON (State Bar No. 157123)
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: (415) 781.7900
Facsimile: (415) 781.2635
Email: *brian.harrison@sedgwicklaw.com*

Attorneys for Defendant
PHILADELPHIA INDEMNITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CALABRIA COMPANY LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>        Defendant. | CASE NO. 2:14-CV-01788-TLN-CMK<br><br>**STIPULATION TO DISMISS THE COMPLAINT AND COMPEL ARBITRATION; AND ORDER TO DISMISS THE ACTION AND TO COMPEL COMPLIANCE WITH INSURANCE POLICY'S MANDATORY ARBITRATION PROVISION** |

This Stipulation is entered into by and among Plaintiff Calabria Company LLC ("Calabria") and Defendant Philadelphia Indemnity Insurance Company ("Philadelphia"). By and through their respective counsel of record, Calabria and Philadelphia have agreed to submit the issues set forth in the complaint to binding arbitration pursuant to the terms of Part 6, Section XIV.B. of Policy No.PHSD551900 issued to Calabria, effective August 11, 2010 to August 1, 2011 (the "Policy").

19184860v1

-1-

THEREFORE, and based upon the foregoing, the parties hereto stipulate and agree as follows:

1.      That the disputes in this action will be submitted to arbitration pursuant to the terms of Part 6, Section XIV.B. of the Policy;

2.      The action was filed timely in compliance with the parties' prior tolling agreement; and

3.      That this action will be dismissed, without prejudice.

IT IS SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.


DATED:   July 29, 2014                    GRECO TRAFICANTE SCHULZ & BRICK


                                          By:  /s/ Peter Schulz (as authorized on July 29, 2014)[1]
                                               Peter J. Schulz
                                               Attorneys for Plaintiff
                                               CALABRIA COMPANY LLC


DATED:  July 31, 2014                     SEDGWICK LLP


                                          By:  /s/ Brian D. Harrison
                                               Brian D. Harrison
                                               Attorneys for Defendant
                                               PHILADELPHIA INDEMNITY
                                               INSURANCE COMPANY

---

[1] Per L.R. 131(e), counsel for Plaintiff Calabria has authorized submission of this document on his behalf.

**STIPULATION AND ORDER TO DISMISS ACTION AND COMPLY WITH POLICY'S MANDATORY ARBITRATION PROVISION**

19184860v1

## <u>ORDER</u>

Pursuant to the parties' above stipulation, and good cause appearing, IT IS HEREBY ORDERED:

1.      That the disputes in this action will be submitted to arbitration pursuant to the terms of Part 6, Section XIV.B. of the Policy consistent with the Stipulation of the parties set forth above; and

2.      That this action will be and is hereby dismissed, without prejudice.


IT IS SO ORDERED.


Dated: July 31, 2014

Troy L. Nunley
United States District Judge

-3-
**STIPULATION AND ORDER TO DISMISS ACTION AND COMPLY WITH POLICY'S MANDATORY ARBITRATION PROVISION**